# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Steven C. Mannion |
| v. | : | Mag. No. 18-6109 |
| MARCUS MORGAN | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Mary E. Toscano, Assistant United States Attorney), and defendant Marcus Morgan (by Stacy Biancamano, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through October 31, 2018 to allow the parties to continue plea negotiations; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and one prior continuance having been entered; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Both the United States and the defendant seek additional time to continue plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 13th day of August, 2018;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through October 31, 2018; and it is further

ORDERED that the period from the date this Order is signed through October 31, 2018 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE STEVEN C. MANNION
United States Magistrate Judge

18mj6169

Form and entry consented to:

_____
Mary E. Toscano
Assistant U.S. Attorney

_____
Stacy Biacamano, Esq.
Counsel for Defendant Marcus Morgan

RECEIVED IN THE CHAMBERS OF

AUG 1 3 2018

TIME: VIA EMAIL M
HON. STEVEN C. MANNION, U.S.M.J.

2